### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

**Bijan Daneshvar,**

       **Plaintiff,**

v.                                                              Case No. 04-2212-JWL

**Graphic Technology, Inc.,**

       **Defendant.**

### MEMORANDUM AND ORDER

Plaintiff Bijan Daneshvar filed a pro se complaint against numerous defendants alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e et seq. The court has dismissed from the case all defendants except defendant Graphic Technology, Inc. (GTI). On August 22, 2005, plaintiff moved for leave to file an amended complaint, seeking to add two defendants. On September 22, 2005, Magistrate Judge O'Hara issued his report and recommendation, recommending that the court deny plaintiff's motion for leave to file an amended complaint on the grounds that the proposed amendment would be futile as plaintiff cannot state a claim for relief against the two proposed defendants. The time for filing objections to the report and recommendation has passed and no objections have been filed. Thus, after reviewing the report and recommendation, the court adopts the report and recommendation in its entirety.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the September 22, 2005 report and recommendation of Judge O'Hara (doc. 82) is adopted in its entirety and plaintiff's motion for leave to file an amended complaint (doc. 68) is denied.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2005, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge